In the Matter of DANIEL M. O'BRIEN, Respondent, against THOMAS ROZZA, Doing Business under the Name of THE GRAND WINE & LIQUOR STORE, et al., Appellants.

(Argued April 14, 1936; decided April 28, 1936.)

546

*Sydney S. Snyder* and *Sydney Rosenthal* for Thomas Rozza, appellant.

*Nelson Ruttenberg* for State Liquor Authority, appellant.

*William J. Reinhart, Jr., John J. Glynn* and *Alfred E. Smith, Jr.,* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.